**US Postal Service Certified Mail Receipt**
Domestic Mail Only No Insurance Coverage Provided

Total Postage & Fees: $ 5.3?

Sent To: PHILADELPHIA COUNTY DISTRICT ATTORNEY
1421 ARCH STREET
PHILADELPHIA, PA. 19102

4-310E,O/P,3/18/05,SRB

PS Form 3800, January 2003

Note: 06/30/05 PHILADELPHIA CO. DISTIRCT ATTORNEY RETURNED UNEXECUTED. AS OF THIS DATE NEITHER THE PACKAGE OR CERTIFIED CARD HAVE BEEN RETURNED BY THE POSTAL SERVICE.

---

CA 04-310 E

Article Number: 7160 3901 9842 6648 7069
Service Type: CERTIFIED MAIL
Article Addressed to:
ATTORNEY GENERAL COMMONWEALTH OF PA
564 FORBES AVENUE
6TH FLOOR MANOR BLDG
PITTSBURGH, PA. 15219

4-310E,O/P,3/18/05,SRB

Received by: Patricia Cleaver
Date of Delivery: 3/21/5
Signature: Patricia Cleaver (Agent)

PS Form 3811, January 2003 — Domestic Return Receipt

---

Article Number: 7160 3901 9842 6648 7052
Service Type: CERTIFIED MAIL
Article Addressed to:
MARILYN BROOKS, WARDEN
SCI ALBION
10745 ROUTE 18
ALBION, PA. 16475-0001

4-310E,O/P,3/18/05,SRB

Date of Delivery: 3-21-05
Signature: M. Toland? (Agent)

PS Form 3811, January 2003 — Domestic Return Receipt