IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREEMAN HARDWICK,** )<br>)<br>**Petitioner,** )<br>) | |
| ) | CIVIL ACTION NO. 04-310E |
| **vs.** )<br>) | |
| **SUPERINTENDENT BROOKS, et al.,** )<br>) | |
| **Respondents.** ) | |

## NOTICE OF SUBSTITUTION OF APPEARANCE

Please withdraw the appearance of Robert Englesberg, Senior Deputy Attorney General, and substitute Scott A. Bradley, Senior Deputy Attorney General on behalf of Defendant Superintendent Brooks in the above captioned case.

          Respectfully submitted,

          THOMAS W. CORBETT, JR.,
          Attorney General

By:    s/Scott A. Bradley
        Scott A. Bradley
        Senior Deputy Attorney General
        PA ID # 44627

        Susan J. Forney
        Chief Deputy Attorney General
        Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

Date:  July 22, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2005 a true and correct copy of the foregoing Notice of Substitution of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, and the document was mailed by United States Postal Service to the following non CM/ECF participants:

Freeman Hardwick, CD-2045
SCI-Albion
10745 Route 18
Albion, PA 16475-0002

/sScott A. Bradley_____
Scott A. Bradley
Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Phone:  (412) 565-3586
Fax:     (412) 565-3019

Date: July 22, 2005